**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor O. Dema,<br><br>  Plaintiff; and<br><br>Francisco J. Flores,<br><br>  Real Party in Interest.<br><br>vs.<br><br>Allied Towing and Auto Sales Company,<br><br>  Defendant. | No. CV-08-2081-PHX-DGC<br><br>**ORDER** |

Plaintiff commenced this action on November 10, 2008. Dkt. #1. On December 9, 2008, the Court issued an order denying Plaintiff's motion to proceed in forma pauperis in light of his propensity for filing frivolous and repetitive lawsuits. Dkt. #5; *see* Dkt. #3. Plaintiff has filed a motion for leave to pay the $350.00 filing fee by installments. Dkt. #6 at 1-2. The Court will deny the motion. The Court will, however, give Plaintiff until **March 6, 2009** to pay the filing fee in full. The Court will not extend this deadline absent a showing of extraordinary circumstances prior to the expiration of the deadline.

Plaintiff has moved to realign the parties and bring this action in his own name as the real party in interest. Dkt. #6 at 2. The Court will deny the motion as moot. Plaintiff may file an amended complaint once as a matter of course before a responsive pleading is filed. *See* Fed. R. Civ. P. 15(a). Plaintiff may not, however, file an amended complaint prior to paying the filing fee in full.

Plaintiff is advised that this action will be dismissed without further notice if Plaintiff fails to comply with this order. Plaintiff is further advised that the March 6, 2009 deadline to pay the filing fee in full has no effect on the deadline for serving process on Defendants under Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS ORDERED:**

1. Plaintiff's motion to pay filing fee by installments and motion to realign the parties (Dkt. #6) are **denied**.
2. Plaintiff shall pay the $350.00 filing fee in full by **March 6, 2009**.
3. The Clerk is directed to enter dismissal of this action without further notice if Plaintiff fails to comply with this order.

DATED this 6th day of February, 2009.

_____
David G. Campbell
United States District Judge